EDWIN W. MOORE, Respondent, v. JENNIE BRUNN et al., as Executors of ADOLPH W. BRUNN, Deceased, Appellants.

*Moore* v. *Brunn*, 174 App. Div. 872, affirmed.

(Argued May 2, 1918; decided May 17, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of a written contract by which defendants' testator agreed to deliver to plaintiff's assignee 60,000 pounds of First Latex Thinnish Pale Crepe Rubber, in installments of 15,000 pounds a month during the months of September, October, November and December, 1914. The defense was that rubber of the grade specified was produced almost entirely in the British possessions; that after the contract was closed and before complete delivery the British government placed an embargo upon the shipment of rubber from any of its colonies and that the contract was " Subject to Strikes, Fires, Accidents or causes of delay beyond our control."

*Harold G. Aron* for appellants.

*Joseph W. Murphy* and *John S. Keith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.